IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PINEWOOD ENTERPRISES, INC.                                                              PLAINTIFFS

v.                                      Case No. 4:13-cv-04124

FEDERAL INSURANCE COMPANY                                                               DEFENDANT

### ORDER

Before the Court is the parties' Joint Motion to Stay Proceedings. (ECF No. 24). The time referenced in the Motion has expired, and the parties have not indicated to the Court that the stay remains necessary. Therefore, the Joint Motion to Stay Proceedings is DENIED.

**IT IS SO ORDERED**, this 29th day of October, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge