IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PINEWOOD ENTERPRISES, INC.                                                                    PLAINTIFFS

v.                                     Case No. 4:13-cv-04124

FEDERAL INSURANCE COMPANY                                                                     DEFENDANT

## ORDER

Before the Court is a Stipulation of Voluntary Dismissal With Prejudice. (ECF No. 36). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims against Defendant Federal Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of March, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge